[Civ. No. 6864. First Appellate District, Division One.—September 6, 1929.]

LYDIA BRANDES, Respondent, v. RUCKER FULLER DESK COMPANY et al., Appellants.

Donahue, Hynes & Hamlin for Appellants.

Ford & Johnson and Ford, Johnson & Bourquin for Respondent.

THE COURT.— Appellants' motion, upon suggestion of diminution of the record, to incorporate in the reporter's transcript now on file in this court the two instructions duly certified by the trial judge and filed herein on August 30, 1929, in order that the record shall show at whose request said instructions were given to the jury, is granted (*Mahon* v. *Hamilton*, 202 Cal. 319 [260 Pac. 793]).